IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| DEMETRIS HUNTER AND LISA HUNTER | § § § § | CIVIL ACTION NO. |
| --- | --- | --- |
| V. | § § § | JURY DEMANDED |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § § § | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) |

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A. | Index of Matters Being Filed |
| B. | Case Summary in the state court action |
| C. | Plaintiffs' Original Petition filed on October 12, 2021 |
| D. | Issued Citation for Allstate filed October 13, 2021 |
| E. | Allstate's Original Answer to Plaintiffs' Original Petition filed on November 1, 2021 |
| F. | List of Counsel of Record |