Date Printed: Tue Nov 02 11:25:39 CDT 2021

# Case Summary

Cause Number: 210456-C  Last Filed: 10/12/2021
Style: Demetris Hunter, et al Vs. Allstate Vehicle and Property Insurance Company
Case Type: CONTRACTS: OTHER
Category: Civil    Court: 260th District Court

## Party(s) of Case: 210456-C

| # | Party | Name | Inactive Date |
|---|---|---|---|
| 1. | Defendant Atty | Ward,Wesley | |
| 2. | Plaintiff Atty | Fadner,Derek | |
| 3. | Plaintiff Atty | Schilter,G. | |
| 4. | Defendant | Allstate Vehicle and Property Insurance Company, | |
| 5. | Plaintiff | Hunter,Demetris | |
| 6. | Plaintiff | Hunter,Lisa | |

## Event(s) of Case: 210456-C

| # | Type | Date/Time | Description |
|---|---|---|---|
| 1. | PLAINTIFF'S ORIGINAL PETITION | 10/12/2021 | PLAINTIFF'S ORIGINAL PETITION |
| 2. | REQ FOR PROCESS FORM | 10/12/2021 | REQ FOR PROCESS FORM |
| 3. | E-FILE RECEIPT | 10/12/2021 | E-FILE RECEIPT |
| 4. | CITATION REQUESTED (PROCESS SERVER) | 10/12/2021 | CITATION REQUESTED (PROCESS SERVER) |
| 5. | CITATION ISSUED (PROCESS SERVER) | 10/13/2021 | CITATION ISSUED (PROCESS SERVER) |
| 6. | DEFT'S ORIG ANS | 10/29/2021 | DEFT'S ORIG ANS |

## Case Type(s) of Case: 210456-C

| Case Type | Filing Date | Disposition | Disposition | Case Age |
|---|---|---|---|---|
| 1. CONTRACTS: OTHER | 10/12/2021 | | | 21 Days |

## Fees Fines(s) of Case: 210456-C

| # | Date Due | Fee/Fine | Amount | Payment | Current Bal | Party Responsible |
|---|---|---|---|---|---|---|
| 1. | 10/12/2021 | BASIC COURT COSTS - CIVIL | $ 262.00 | $ 262.00 | $ 0.00 | Demetris Hunter |
| 2. | 10/12/2021 | DISTRICT CLERK FEE - $8.00 | $ 8.00 | $ 8.00 | $ 0.00 | Demetris Hunter |
| | | Totals: | $ 270.00 | $ 270.00 | $ 0.00 | |

## Payments(s) of Case: 210456-C

| # | Payment No. | Payment Date | Method | Amount | Paid By |
|---|---|---|---|---|---|
| 1. | 266080 | 10/15/2021 | PAYT | $ 270 | McLenny Moseley (efile) |
| | | | Total: | $270.00 | |